IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO ORLANDER JERIDO, #169480, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-60-WHA |
| | ) | |
| MIKE HENLINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 15, 2019, the Magistrate Judge entered a Recommendation (Doc. #37) to which no timely objection has been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's motion to dismiss is GRANTED;

3. The plaintiff's claims against Officer Evans are DISMISSED with prejudice;

4. Officer Evans is DISMISSED as party to this cause of action;

5. This case is referred back to the Magistrate Judge for further appropriate proceedings against the remaining defendants.

DONE this 5th day of June, 2019.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE