IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO ORLANDER JERIDO, <br> AIS # 169480, <br><br> Plaintiff, <br><br> v. <br><br> MIKE HENLINE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:19-CV-60-WHA-CSC <br> ) (WO) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On February 3, 2022, the court entered an Order adopting the Magistrate Judge's Report and Recommendation (Doc. 82) and a Final Judgment of dismissal. (Doc. 83). On February 11, 2022, Plaintiff filed a motion for extension of time to file an objection to the Recommendation indicating he only received the Recommendation of the Magistrate Judge on February 4, 2022, and requesting an opportunity to file his objection. (Doc. 84). Upon consideration of Plaintiff's February 11 motion, considered a motion to re-open the time to file an objection to the January 13, 2022, Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The motion to re-open the objection period (Doc. 84) is GRANTED.

2. **On or before March 10, 2022,** Plaintiff shall file his objection to the Recommendation of the Magistrate Judge (Doc. 81).

3. The Order adopting the Magistrate Judge's Report and Recommendation Order (Doc. 82) and Final Judgment entered in this case (Doc. 83) are held in ABEYANCE pending an opportunity for Plaintiff to file his objection.

Plaintiff is informed that his failure to timely comply the directives of this order will result in an order reinstating the Court's February 3, 2022, Order (Doc. 82) and Final Judgment (Doc. 83) with the reinstated Order and Final Judgment effective as of the date of the order of reinstatement so Plaintiff, should he wish to do so, has time to file an appeal.

Done, this 24th day of February, 2022.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE